IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| DAN L. BOGER,<br><br>          Plaintiff,<br><br>     v.<br><br>ENERGY TELEMARKETERS INCORPORATION and NATIONAL GAS & ELECTRIC, LLC<br><br>          Defendants. | Civil Action No. 8:19-cv-01240-PWG<br><br>U.S.D.J. Paul W. Grimm |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff Dan L. Boger ("Plaintiff") and Defendant National Gas & Electric LLC, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and through counsel, hereby stipulate and agree to the dismissal of this action and all claims that were or could have been asserted by Plaintiff individually in this lawsuit with prejudice and to waive all rights of appeal, with each party to bear its own fees and costs. Defendant Energy Telemarketers Incorporation never appeared in the action and accordingly its signature is not required on this stipulation. None of the rights of any putative class members, except Plaintiff, are released or affected by this dismissal. However, this dismissal does dismiss the above-referenced lawsuit with prejudice.

Dated: June 24, 2020

Respectfully submitted,

*[signature: Edward A. Broderick]*

Edward A. Broderick
BRODERICK LAW PC
176 Federal Street, Fifth Floor
Boston, MA 02110
(T): (617) 830-0237
ted@broderick-law.com

Matthew McCue
LAW OFFICE OF MATTHEW MCCUE
1 South Avenue
Natick, MA 01760
(T): (508) 655-1415
(F): (617) 830-0327
mmccue@massattorneys.net

Stephen Howard Ring
STEPHEN H. RING PC
9901 Belward Campus Drive, Suite 175
(T): (301) 563-9249
(F): (301) 563-9639
shr@ringlaw.us

Dated: June 17, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Clara Kollm / by EAB w/ express permission*
Clara Kollm
1111 Pennsylvania Avenue, NW
Washington, DC 20005
(T): (202) 739-3000
(F): (202) 739-3001
clara.kollm@morganlewis.com

Jared A. Wilkerson
1000 Louisiana Street, Suite 4000
Houston, TX 77002
(T): (713) 890-5460
(F): (713) 890-5001

Ezra Dodd Church
1701 Market Street
Philadelphia, PA 19103
(T): (215) 963-5710
(F): (215) 963-5001
echurch@morganlewis.com

## Certificate of Service

I hereby certify that on June 24, 2020, I caused a copy of the foregoing to be filed with the Court's CM/ECF system which will effect service on all counsel of record

/s/ Edward A. Broderick
Edward A. Broderick